| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State, Bar number, and address):*<br>**Pomerantz LLP <mwelsh@powlaw.com>** | *FOR COURT USE ONLY* |
|---|---|
| TELEPHONE NO.:                      FAX NO. *(Optional):*<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: **RUSSELL HAWKINS** | |

| **United States District Court, Northern District of California**<br>STREET ADDRESS: **1301 Clay St. Suite 400 S**<br>MAILING ADDRESS: **1301 Clay St. Suite 400 S**<br>CITY AND ZIP CODE: **Oakland 94612**<br>BRANCH NAME: **Ronald V. Dellums Federal Building** | |

| PLAINTIFF/PETITIONER: **RUSSELL HAWKINS** | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: **SAMUEL BANKMAN-FRIED; CAROLINE ELLISON; ZIXIAO "GARY" WANG; NISHAD SINGH; ARMANINO, LLP; PRAGER METIS CPAS, LLC** | **3:22-CV-07620-TSH** |

| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>**REF-12117922** |
|---|---|

**BY FAX**

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of *(specify documents):*
**SUMMONS; COMPLAINT**

3. a. Party served *(specify name of party as shown on documents served):*
   **Zixiao "Gary" Wang**

   b. ☐ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b whom substituted service was made) *(specify name and relationship to the party named in item 3a ):*

4. Address where the party was served:
   **304 Island Lane, Egg Harbor Township, NJ 08234**

5. I served the party *(check proper box)*

   a. ☐ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):*               at *(time):*

   b. ☒ **by substituted service.** On *(date):* **02/28/2023** at *(time):* **5:07 PM** I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*
   **Cheryl Wang, I delivered the documents to Cheryl Wang who indicated they were the subject's sibling, co-resident with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a black-haired white female contact 18-25 years of age, 5'4"-5'6" tall and weighing 80-120 lbs with an accent.**

   (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

   (2) ☒ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

   (4) ☒ I thereafter caused to be mailed (by first class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc § 415.20). Documents were mailed on *(date):*          from *(city):*          **or** ☒ a declaration of mailing is attached.

   (5) ☒ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 3

Form Adopted for Mandatory Use<br>
Judicial Council of California POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

Tracking #: **0102019879**

REF: **REF-12117922**

| PLAINTIFF/PETITIONER:  RUSSELL HAWKINS | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT:  SAMUEL BANKMAN-FRIED; CAROLINE ELLISON; ZIXIAO "GARY" WANG; NISHAD SINGH; ARMANINO, LLP; PRAGER M... | 3:22-CV-07620-TSH |

c. ☐ **by mail and acknowledgement of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date):*      (2) from *(city):*

   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgment of Receipt.)* (Code Civ. Proc., § 415.30)

   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

 

   ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

a. ☒ as an individual defendant.

b. ☐ as the person sued under the fictitious name of *(specify):*

c. ☐ as occupant.

d. ☐ On behalf of *(specify)*

   under the following Code of Civil Procedure section:

   | ☐ 416.10 (corporation) | ☐ 415.95 (business organization, form unknown) |
   |---|---|
   | ☐ 416.20 (defunct corporation) | ☐ 416.60 (minor) |
   | ☐ 416.30 (joint stock company/association) | ☐ 416.70 (ward or conservatee) |
   | ☐ 416.40 (association or partnership) | ☐ 416.90 (authorized person) |
   | ☐ 416.50 (public entity) | ☐ 415.46 (occupant) |
   | | ☐ other: |

7. **Person who served papers**

a. Name:      **Larry Fornicola**
b. Address:      **45 Poplar Street, Waretown, NJ 08758**
c. Telephone number:      **732-522-0056**
d. The fee for service was:      **$ 200.00**
e. I am:

   (1) ☒ not a registered California process server.

   (2) ☐ exempt from registration under Business and Professions Code section 22350(b).

   (3) ☐ registered California process server:
   (i) ☐ owner ☐ employee ☐ independent contractor.    For:

   (ii) ☐ Registration No.:      Registration #:

   (iii) ☐ County:      County:

**BY FAX**

POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Tracking #: **0102019879**


REF: **REF-12117922**



8. [X] **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

      or

9. [ ] **I am a California sheriff or marshal and I certify** that the foregoing is true and correct.

Date: 03/01/2023

---
**Larry Fornicola**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

---
(SIGNATURE)

REF: **REF-12117922**

**PROOF OF SERVICE OF SUMMONS**

Tracking #: **0102019879**



| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State, Bar number, and address):*<br>**Pomerantz LLP <mwelsh@pomlaw.com>** | *FOR COURT USE ONLY* |
|---|---|
| TELEPHONE NO.:                                      FAX NO. *(Optional):*<br>E-MAIL ADDRESS *(Optional):*<br>ATTORNEY FOR *(Name):*  **RUSSELL HAWKINS** | |

| **United States District Court, Northern District of California** |
|---|
| STREET ADDRESS:  **1301 Clay St. Suite 400 S** |
| MAILING ADDRESS:  **1301 Clay St. Suite 400 S** |
| CITY AND ZIP CODE:  **Oakland 94612** |
| BRANCH NAME:  **Ronald V. Dellums Federal Building** |

| PLAINTIFF/PETITIONER: **RUSSELL HAWKINS** | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT:  **SAMUEL BANKMAN-FRIED; CAROLINE ELLISON; ZIXIAO "GARY" WANG; NISHAD SINGH; ARMANINO, LLP; PRAGER METIS CPAS, LLC** | **3:22-CV-07620-TSH** |

| **DECLARATION OF REASONABLE DILIGENCE** | Ref. No. or File No.:<br>**REF-12117922** |
|---|---|

Party to Serve:
**Zixiao "Gary" Wang**

Documents:
**SUMMONS; COMPLAINT**

Service Address:
**304 Island Lane, Egg Harbor Township, NJ 08234**

I declare the following attempts were made to effect service by personal delivery:

Person who performed diligence:
**Larry Fornicola**
**45 Poplar Street, Waretown, NJ 08758**
**732-522-0056**

I am not a registered California process server
  Registration No.:
  County:

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct.
Date:  ____03/01/2023____

| _____ | _____ |
|---|---|
| Larry Fornicola | (SIGNATURE) |
| (NAME OF PERSON WHO PERFORMED DILIGENCE) | |

*BY FAX*

---

Tracking #: **0102019879**

REF: **REF-12117922**

